

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2017

No. 04-17-00070-CV

Osbaldo Hurtado **AVALOS** and Antonio Hurtado as assignees of Karla Flores Guevara,
Appellants

v.

**LOYA INSURANCE COMPANY,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2016CVT001431 D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

We grant appellees' motion for extension of time to file their brief. We order appellees'
brief due October 20, 2017.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 15th day of September, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court